No. 354. MIDLAND FORD TRACTOR Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Robert Ash* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Robert N. Anderson* and *Morton K. Rothschild* for respondent.

No. 356. HYCHE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *George E. Trawick* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 359. UNITED MINE WORKERS OF AMERICA ET AL. *v.* OSBORNE MINING Co., INC. C. A. 6th Cir. Certiorari denied. *Harrison Combs, M. E. Boiarsky, E. H. Rayson* and *R. R. Kramer* for petitioners. *Harley G. Fowler, John A. Rowntree* and *J. Clarence Evans* for respondent.

No. 360. AMERICAN STATE BANK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Harvey W. Peters* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Robert N. Anderson* and *John J. Pajak* for the United States.

No. 371. OLIVER J. OLSON & Co. *v.* LUCKENBACH STEAMSHIP Co. ET AL. C. A. 9th Cir. Certiorari denied. *Gregory A. Harrison* and *J. Stewart Harrison* for petitioner. *Allan E. Charles* for Luckenbach Steamship Co., and *Russell A. Mackey* and *George H. Hauerken* for Marine Leopard Cargo, respondents.